IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FLAGSTAR BANK, FSB,<br><br>        Plaintiff,<br><br>v.<br><br>LAWRENCE T. MAXWELL, ANCHOR INVESTMENT CORPORATION OF FLA., CENTURY REALTY FUNDS, INC., and CRF MANAGEMENT CO., INC.,<br><br>        Defendants. | Civil Action File<br>No. 1:10—CV-1734-TWT |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to this Court's Local Rule 83.1(D), please take notice that Garrett A. Nail of Troutman Sanders LLP represents Defendant Anchor Investment Corporation of Fla. in the above referenced matter. All notices, correspondence, pleadings and other filings in this matter may be served upon Defendant Anchor Investment Corporation of Fla. by directing to:

        Garrett A. Nail
        *Garrett.nail@troutmansanders.com*
        Troutman Sanders LLP
        600 Peachtree Street, NE, Suite 5200
        Atlanta, Georgia 30308
        Telephone No.: (404) 885-3000
        Facsimile No.: (404) 885-3900

- 2 -

Respectfully submitted this 22nd day of September 2010.

/s/ Garrett A. Nail
Garrett A. Nail (GA Bar No. 997924)
garrett.nail@troutmansanders.com
**TROUTMAN SANDERS LLP**
Bank of America Plaza
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308-2216
Telephone No.:    (404) 885-3000
Facsimile No.:    (404) 885-3900

*Counsel for Anchor Investment Corporation of Fla.*

- 2 -

2211222v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following parties with a copy of the foregoing *Notice of Appearance and Request for Notices* via first class mail, postage prepaid and/or by the court using the CM/ECF system, which will send an electronic e-mail notification to the following:

> Gary W. Farris, Esq.
> John Michael Kearns, Esq.
> Burr & Forman, LLP-ATL
> 171 17th Street, NW
> Suite 1100
> Atlanta, GA  30363

This 22nd day of September 2010.

>  /s/ Garrett A. Nail
> Garrett A. Nail
> Georgia State Bar No. 997924

2211222v1