AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Flagstar Bank, FSB ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:10-CV-1734 |
| Lawrence T. Maxwell, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

**Defendant Lawrence T. Maxwell, et al.**

Date: 10/24/12

*Attorney's signature*

**Theodore H. Sandler, 626050**
*Printed name and bar number*

6400 Powers Ferry Road, NW, Ste., 200, Atlanta, GA  30339
*Address*

**ted.sandler@sandlerlawgroup.com**
*E-mail address*

**678-648-2017**
*Telephone number*

*FAX number*